In the Matter of the Probate of the Will of ROBERT L. JAYCOX, Deceased.

JOHN L. JAYCOX et al., Appellants; CARRIE M. JAYCOX et al., Infants, by ARTHUR F. CURTIS, Their Guardian ad Litem, Respondents.

(Argued January 4, 1932; decided February 9, 1932.)

588

*Vere H. Multer* for John L. Jaycox, appellant.

*Vincent N. Elwood* for Bertia M. B. White, as executrix, appellant.

*Arthur F. Curtis* for Carrie M. Jaycox et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.